

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Travis Ray Thompson

**Plaintiff,**

V.

Christian Pfeiffer; Attorney General State of California

**Defendant.**

Civil Action No.   22cv1891-TWR-VET

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Considering the foregoing, the Court ADOPTS Magistrate Judge Torres's R&R, (ECF No. 22), and GRANTS Respondents' Motion to Dismiss, (ECF No. 10), with prejudice. Because this final order is adverse to Petitioner, the Court must issue or deny a certificate of appealability. Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a). "A certificate of appealability may issue ... only if the [petitioner] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner can satisfy this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003) (citing Slack v McDaniel, 529 U.S. 473, 484 (2000)). Because Petitioner has failed to make a substantial showing of the denial of a constitutional right, see supra, the Court DENIES Petitioner a certificate of appealability. The case is hereby closed.

Date:   11/14/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Simmons

J. Simmons, Deputy